NICHOLAS JENKINS *v.* JOHN H. JONES.

(Filed 11 May, 1911.)

**Appeal and Error.**

In this case no reversible error is found.

APPEAL from *Cline, J.,* from CALDWELL, January 13, 1911.

*Mark Squires and Lawrence Wakefield for plaintiff.*
*Edmund Jones for defendant.*

PER CURIAM.    Without approving the construction placed upon the deeds by the court below, we are of opinion that there is no error of which the plaintiff (appellant) can complain, and the judgment is therefore

Affirmed.